UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                           CHAPTER 13 CASE

Devon Brazil                            CASE NO. 09-46413
Jason Brazil

                                                 AGREED ORDER
                        Debtors.
_____

The above-entitled matter is before the court on the motion of US Bank N.A. its successors and/or assigns seeking relief from the stay of actions imposed pursuant to 11 U.S.C. § 1322. Based upon all files and records;

It is hereby ordered:

1. The motion by Movant is hereby denied.

2. The debtors shall cure the post petition arrears in a total amount of $7,213.15 with the breakdown as follows:

> Payments September, 2010 to January, 2011 @ $1,243.43 = $6,217.15
> Late Charges = $176.00
> Property Inspections $120.00
> Attorney Fees and Costs = $700.00
>   TOTAL:                                             $7,213.15

3. The post petition arrears shall be cured by a payment being received by the office of Wilford & Geske on or before January 18, 2011. This payment shall be in addition to the Debtor's regular monthly mortgage payment.

4. The debtors shall continue to pay regular monthly payments on this account as and when such payments become due, commencing February 1, 2011.

5. Debtor shall also remain current with the Trustee.

6. In the event the debtors does not comply with any of the above terms, Movant, its assigns or successors in interest, will be entitled to ex parte relief from the stay upon expiration

of ten calendar days after service by U.S. Mail of an Affidavit of Default upon the debtors and their attorney; and upon failure by the debtors to cure the same. If a default notice issues and the default is cured within the ten days allowed, Movant will be entitled to $75.00 as compensation for attorney fees incurred relative to the issuance of that notice. Notwithstanding Fed. R. of Bankr. P. 4001(a)(3), this order is effective immediately.

| January 13, 2011 | /e/ Nancy C. Dreher |
|---|---|
| Dated | Chief United States Bankruptcy Judge |

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/13/2011
Lori Vosejpka, Clerk, by KK